**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7217**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TAMMIE DESCHELL DIGGS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:16-cr-00117-HEH-1)

Submitted:  August 5, 2022                    Decided:  August 26, 2022

Before RUSHING and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tammie Deschell Diggs, Appellant Pro Se.  Erik Sean Siebert, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tammie Deschell Diggs appeals the district court's order denying her motion for compassionate release. *United States v. Diggs*, No. 3:16-cr-00117-HEH-1 (E.D. Va. Aug. 5, 2021). We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*